IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr283-MHT |
| | ) | (WO) |
| **CHARLES EDWARD JONES** | ) | |

ORDER

Based on the representations made on the record on July 7, 2023, it is ORDERED that:

(1) Defendant's unopposed motion to continue sentencing (Doc. 41 and Doc. 54) is granted, and the sentencing hearing currently set for July 11, 2023, is continued to October 6, 2023, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  <u>No further continuances will be granted</u>.

(2) Pursuant to *United States v. Mosley*, 277 F. Supp. 3d 1294 (M.D. Ala. 2017), *United States v. Carter*, 506 F. Supp. 3d 1204 (M.D. Ala. 2020), and *United States v. Willis*, No. 2:17CR509-MHT, 2018 WL

6003866 (M.D. Ala. Nov. 15, 2018), defense counsel is authorized to seek an evaluation of the defendant. <u>Defense counsel should seek guidance from a more experienced CJA panel member on how to obtain funds for the evaluation</u>.

(3) By October 2, 2023, defense counsel shall file a supplement to the sentencing memorandum discussing the import of the evaluation to the sentencing.

DONE, this the 10th day of July, 2023.

                                    <u>/s/ Myron H. Thompson</u>
                                    **UNITED STATES DISTRICT JUDGE**