IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr283-MHT |
| | ) | (WO) |
| CHARLES EDWARD JONES | ) | |

SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Charles Edward Jones to receive mental-health and substance-abuse treatment in accordance with the detailed recommendations of Dr. Ashlee Zito. *See* Psychological Evaluation (Doc. 64-1) at 12. Such treatment shall begin with a psychiatric consultation to determine defendant Jones's psychotropic medication needs, if any. Treatment shall include individual psychotherapy, at the frequency recommended by the provider, (with a focus on achieving

symptom stability, improving the use of appropriate coping skills/stress management strategies, assisting with maintaining sobriety, and, if recommended by the treatment provider, the additional goals set forth in the evaluation). The psychotherapist shall be a professional with expertise and experience in treating depression and trauma symptoms. The probation officer shall also arrange for defendant Jones's participation in a substance-abuse program such as Alcoholics Anonymous or Narcotics Anonymous, in which he is assigned a sponsor.

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Jones is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health professional treating defendant Jones receives a copy

of the psychological evaluation conducted by Dr. Ashlee Zito (Doc. 64-1).

    DONE, this the 16th day of October, 2023.

                                    /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**